No. 395. CARUSI ET AL. *v.* SCHULMERICK. November 7, 1938. Petition for writ of certiorari to the Court of

Appeals for the District of Columbia denied. *Mr. Henry I. Quinn* for petitioners. *Messrs. Alvin L. Newmyer, David G. Bress, Howard W. Vesey,* and *Donald C. Beeler* for respondent.